**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Chris D. Ames,** | ) | **CASE NO. 1:07 CV 1403** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>Order</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge James S. Gallas recommending that attorneys' fees in the amount of $2,087.50 be awarded to plaintiff's counsel pursuant to the Equal Access to Justice Act. Defendant has indicated that no objections will be filed. In addition, plaintiff has filed no objection to the reduction in the award. Accordingly, having reviewed the R&R and finding no clear error, the Court hereby ACCEPTS the Magistrate Judge's recommendation and awards attorneys' fees in the amount of $2,087.50, payable to plaintiff's attorney, John S. Regas.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/4/09